UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

REDNER'S MARKETS, INC.,
    Plaintiff

v.                                           Civil No. L-11-1864

JOPPATOWNE G.P. LIMITED
PARTNERSHIP,
    Defendant

## MEMORANDUM ORDER

In conformity with the findings of fact and conclusions of law in this Court's Memorandum Opinion of even date, it is ORDERED this 24th day of January, 2013:

1. Defendant's Motion to Dismiss All Aspects of Amended Complaint that Relate Directly to Non-Parties (Docket No. 127) is DENIED;

2. Defendant's Motion for Leave to File Supplemental Answer to Amended Complaint (Docket No. 100) is DENIED;

3. Defendant's Motion for Judgment on the Pleadings as to Plaintiff's Prayer for Constructive Trust on Defendant's Interest in Premises (Docket No. 40) is DENIED WITHOUT PREJUDICE;

4. Plaintiff's Motion for Preliminary Injunctive Relief and for Leave to Take Expedited Discovery (Docket No. 17) is DENIED; and

5. That the Clerk of the Court transmit copies of this Order and accompanying Memorandum Opinion to counsel for the parties.

/s/
_____
Benson Everett Legg
Senior United States District Judge