UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF U.S. COURTHOUSE - CHAMBERS 5D
RICHARD D. BENNETT 101 W. LOMBARD STREET
UNITED STATES DISTRICT JUDGE BALTIMORE, MD 21201
NORTHERN DIVISION TEL: 410-962-3190
 FAX: 410-962-3177

May 23, 2013

LETTER ORDER

To Counsel of Record:

 Re: Redner's Markets, Inc. v. Joppatowne G.P. Limited Partnership
 Civil No. RDB-11-1864

Dear Counsel:

 This Letter Order confirms the teleconference held yesterday regarding the status of this case. As an initial matter, pursuant to Rule 63 of the Federal Rules of Civil Procedure, I certify that I am familiar with the record of this case and that the case can be completed without prejudice to the parties, who have indicated no objection.

 The following decisions have previously been rendered and will not be upset. First, Judge Legg of this Court has already found that two stalls, All Fresh Seafood & Produce and Lapp's Fresh Meats, violate the restrictive covenant (hereinafter, "Restrictive Covenant") found in Article XIII of the lease negotiated by Redner's Markets and Joppatowne G.P. Limited Partnership (hereinafter, the "Redner's Lease"). Second, Judge Legg determined that three stalls, Dutch Pantry Fudge, Kreative Kitchen, and Dutch Delights, do not violate the Restrictive Covenant of the Redner's Lease.

 The Motion for Permanent Injunction filed by Redner's Markets (ECF No. 141) is pending as this time. An Opinion on this Motion is forthcoming.

 Accordingly, a bench trial will be held from Monday, July 1, 2013, through Wednesday, July 3, 2013, on the remaining issues of liability and traditional damages. During this bench trial, the parties may present evidence as to the following issues:

1. Whether the three Amish Farmer's Market stalls referred to in this Court's previous Memorandum Opinion (ECF No. 133) as Beiler's BBQ, Beiler's Baked

1

      Goods, and King's Cheese & Deli violate the Restrictive Covenant of the Redner's Lease;

2. Whether the two stalls referred to in the Court's previous Memorandum Opinion as the two "Vendor Stalls" violate the Restrictive Covenant of the Redner's Lease; and

3. The amount of damages, if any, to be awarded to Redner's Markets for Joppatowne's breach of the Restrictive Covenant under traditional damages theories.

This trial will not proceed on the issues of more esoteric theories of damages, including constructive trust and diminution of value, which were bifurcated from the first stage of trial. *See* Nov. 29, 2011 Order, ECF No. 62.

      As we discussed in the teleconference yesterday, the remaining issues of liability involve measurements of gross floor and in-store sales areas, and the parties may find that only one expert is needed to testify regarding these measurements. Accordingly, the parties should confer and determine whether they agree on a method by which this evidence can be presented at trial. Within one week of this Letter Order, the parties should submit to the Court a proposal for the presentation of the evidence on the remaining issues of liability.

      Notwithstanding the informal nature of this letter, it is an Order of this Court and the Clerk is directed to docket it as such.

      Sincerely,

      _____/s/_____
      Richard D. Bennett
      United States District Judge

cc    Addressees
      Court File - Original